**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**BANISTAIRE ESSONO,**

    **Plaintiff,**

    v.

**VALEO NORTH AMERICA, INC.,**

    **Defendant.**

Case No. 1:23-cv-791

**JUDGE DOUGLAS R. COLE**

## ORDER

The Court has been advised that this action has settled. The Court therefore **DISMISSES** this action **WITH PREJUDICE**, but provides that any party may, within **30 days** and upon good cause shown, move to reopen the action if the settlement is not consummated. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    **SO ORDERED.**

July 30, 2024
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**